**Order entered April 6, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00893-CV

**REFUGIO GOMEZ, ET AL., Appellants**

**V.**

**SOL LY, Appellee**

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-11-06613-D**

## ORDER

We **GRANT** appellant's April 1, 2015 motion for second extension of time to file reply brief and **ORDER** the brief be filed no later than April 21, 2015.

/s/      CRAIG STODDART
           JUSTICE